**B1 (Official Form 1)  (4/10)**

| United States Bankruptcy Court<br>**Northern District of Georgia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Church Chair Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **58-2024783** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7007 New Calhoun Highway NE<br>Rome, GA**<br><br>ZIPCODE **30161** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Floyd** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.)<br><br>☐ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>  check this box and state type of entity below.)<br><br>_____ | **Nature of Business**<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>  U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>  Title 26 of the United States Code (the<br>  Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**Estimated Number of Creditors**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Church Chair Industries, Inc.** |
|---|---|

<table>
<tr><td colspan="3" align="center">**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:**None**</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center">**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br>**None**</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                    Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Church Chair Industries, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Edward F. Danowitz, Jr.**
_____
Signature of Attorney for Debtor(s)

**Edward F. Danowitz, Jr. 003180
Danowitz & Associates, PC
300 Galleria Parkway, Ste. 960
Atlanta, GA 30339**

**Edanowitz@DanowitzLegal.com**

**November 11, 2010**
_____
Date

*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.*

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Tammy Harper**
_____
Signature of Authorized Individual

**Tammy Harper**
_____
Printed Name of Authorized Individual

**Secretary/Treasurer**
_____
Title of Authorized Individual

**November 11, 2010**
_____
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## CORPORATE RESOLUTION OF
## CHURCH CHAIR INDUSTRIES, INC.

The Directors of Church Chair Industries, Inc., a Georgia Corporation (the "Corporation") met at a meeting specially called by the Corporation for the purpose of determining whether the Corporation should file for protection under Chapter 11 of the bankruptcy code. All of the Directors appeared and participated and, by their appearance and participation, waived any other or further notice of the special meeting.

After discussion, a majority of the Directors agreed to resolve to the adoption of, and by their approval do hereby adopt, that the following actions to be taken:

1.   The Corporation shall prepare and file a voluntary petition for bankruptcy under Chapter 11 of the Bankruptcy Code;

2.   The Corporation shall retain the law firm of Danowitz & Associates, P.C. for the preparation, filing, and prosecution of the bankruptcy case;

3.   The Corporation shall further remit to the Danowitz & Associates, P.C. the bankruptcy filing fee of $1,039.00;

4.   Tammy Harper, the duly appointed Secretary-Treasurer of the Corporation, is authorized and instructed to review and execute those documents reasonably calculated to effect the filing and prosecution of a chapter 11 bankruptcy case.

IT IS SO RESOLVED, this _11th_ day of November, 2010.

By:   Tammy Harper
Corporate Secretary

(SEAL)

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                                    Case No. _____

Church Chair Industries, Inc.                                                            Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **IRS**<br>**PO Box 105273**<br>**Atlanta, GA 30348-5273** | **Internal Revenue Service**<br>**Insolvency Unit**<br>**401 West Peachtree St., Stop 335-D**<br>**Atlanta, GA 30308** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | 726,344.32 |
| **Austin Urethane**<br>**122 Crisp Drive**<br>**Americus, GA 31719** | | | **Unliquidated** | 653,030.26 |
| **Johnston Textiles, Inc.**<br>**300 General Colin Pkwy**<br>**Phoenix City, AL 36869** | **Johnston Textiles**<br>**P.O. Box 535110**<br>**Atlanta, GA 30353-5110** | | **Disputed** | 487,514.06 |
| **R & M Trucking**<br>**96 Burlington Road**<br>**Rome, GA 30161** | | | **Unliquidated** | 143,704.86 |
| **Department Of Labor**<br>**Sussex Place - Room 738**<br>**148 Andrew Young Intern. Blvd NE**<br>**Atlanta, GA 30303-1751** | | | **Unliquidated** | 141,000.00 |
| **Foamex**<br>**P.O. Box 100324**<br>**Atlanta, GA 30384-0324** | **Eric Solomon**<br>**Liberty Receivables Group**<br>**323 Andorra Glen Court**<br>**Lafayette Hill, PA 19444** | | **Unliquidated** | 122,902.31 |
| **Quality Plywood, Inc.**<br>**P.O. Box 187**<br>**160 Marshall Durbin Drive**<br>**Waynesboro, MS 39367** | | | **Disputed** | 103,048.77 |
| **Plasticraft Manufacturing**<br>**115 Plasticraft Drive**<br>**Albertville, AL 35951** | | | | 72,941.94 |
| **Floyd County Tax Office**<br>**P.O. Box 26**<br>**Rome, GA 30162-0026** | | | **Unliquidated** | 67,517.49 |
| **RBS Worldpay**<br>**P.O. Box 566128**<br>**Atlanta, GA 31156-6128** | | | | 55,954.52 |
| **DuPont Powder Coatings**<br>**Dept 5053**<br>**P.O. Box 125053**<br>**Dallas, TX 75312-5053** | | | **Unliquidated** | 48,860.96 |
| **R & D Weaving**<br>**376 Pinehurst Rd.**<br>**Ellenboro, NC 28040** | | | | 42,609.89 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **ADF Welding**<br>312 Dodd Blvd. SE<br>Rome, GA  30161 | **Unliquidated** | 41,494.56 |
| **J&J Plywoods**<br>208 Carbondale Rd.<br>Dalton, GA  30721 | **Contingent** | 39,682.82 |
| **Rome Tool & Die Company**<br>Dept. # 1502<br>P.O. Box 11407<br>Birmingham, AL  35246-1197 | | 32,447.72 |
| **PacOcean Forwarding**<br>388 Market Street<br>Suite 1500<br>San Francisco, CA  94111 | **Contingent** | 29,352.26 |
| **American Express**<br>P.O. Box 53773<br>Phoenix, AZ  85072-3773 | **Contingent**<br>**Unliquidated** | 26,803.53 |
| **Southeastern Freight Lines Inc.**<br>P.O. Box 1691<br>Columbia, SC  29202 | | 26,605.47 |
| **Absecon Mills**<br>P.O. Box 672<br>Cologne, NJ  08213 | | 26,604.89 |
| **Jemison Dempsey Metals**<br>P.O. Box 2153<br>Dept. 3137<br>Birmingham, AL  35287-3137 | | 22,624.50 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **November 11, 2010**          Signature:  */s/ Tammy Harper*

**Tammy Harper, Secretary/Treasurer**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                    Case No. _____

**Church Chair Industries, Inc.** _____    Chapter **11** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **November 11, 2010** _____    Signature: **_/s/ Tammy Harper_** _____

                                                 **Tammy Harper, Secretary/Treasurer**                    Debtor

Date: _____    Signature: _____

                                                                                              Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
AAA Cooper Transportation
P.O. Box 627
Dothan, AL   36302


Absecon Mills
P.O. Box 672
Cologne, NJ   08213


ADF Welding
312 Dodd Blvd. SE
Rome, GA   30161


Alarms Plus
16 Leawood Ct
Lindale, GA   30147


Alston & Bird, LLC
P.O. Box 933124
Atlanta, GA   31193-3124


American Express
P.O. Box 53773
Phoenix, AZ   85072-3773


American Fast Freight
P.O. Box 3606
Seattle, WA   98124-3606


American Heritage Life
P.O. Box 650514
Dallas, TX   75265-0514


American Linen Supply
P.O. Box 185
Watkinsville, GA   30677
```

AT&T
P.O. Box 105262
Atlanta, GA  30348-5262


Atco Fire Protection
P.O. Box 1863
Rome, GA  30162-1863


Atlanta North Truck And Diesel
P.O. Box 157
Rydal, GA  30171


Austin Urethane
122 Crisp Drive
Americus, GA  31719


Autumn House, Inc.
1206 Premiere Road
Granite Falls, NC  28630


Blue Ridge Trailer Sales
P.O. Box 2252
Calhoun, GA  30703


Bo Johson
2273 County Road
Ozark, AL  36360


Brinson Askew Berry Seigler
P.O. Box 5007
Rome, GA  30162-5007


Brown Industries, Inc.
Dalton Disply & Wire
P.O. Box 890649
Charlotte, NC  28289

Builders Hardware & Supply
22 Shorter Ave.
Rome, GA  30165


Buy American.Com, Inc.
126 Tussey Lane
Pittsfield, PA  16340


Called Magazine
P.O. Box 1141
Ann Arbor, MI  48106


Christianity Today Inc.
C/O Szabo
3355 Lenox Rd. Ste 945
Atlanta, GA  30326


Christie's Office Supply, Inc.
100 Broad Street
Rome, GA  30161-3061


City Of Adairsville
116 Public Square
Adairsville, GA  30103


Clear Creek @ Associates, LLC
P.O. Box 1587
Highland, NC  28741


Computer Forms & Marketing
2625 North Berkeley Lake Rd
Suite 500
Duluth, GA  30096

Creative Clout Agency
P. O. Box 102
Morehead City, NC  28557


Crown Staple & Supply Co.
P.O. Box 97
Congers, NY  10920


CT Corsearch
111 Eighth Avenue
New York, NY  10011


Cutting/Sewing Room Equipment Co.
1816 Briarwood Ind. Ct. NE
Atlanta, GA  30329


Dalton Box
P.O. Box 198274
Atlanta, GA  39384-8274


Dayton Steel Service Inc.
P.O. Box 405201
Atlanta, GA  30384-5201


Department Of Labor
Sussex Place - Room 738
148 Andrew Young Intern. Blvd NE
Atlanta, GA  30303-1751


Distinct Advantange Inc.
P.O. Box 209
Demerest, NJ  07627


Dixie Plywood
P.O. Box 930440
Atlanta, GA  31193

Doringer Cold Saws, Inc.
13400 Estrella Ave.
Gardena, CA  90248


Douglass Industries, Inc.
412 Boston Ave
P.O. Box 701
Egg Harbor, NJ  08215


Duane Ellis
D/B/A Ellis Services
6B Ford Dr.
Rome, GA  30161


DuPont Powder Coatings
Dept 5053
P.O. Box 125053
Dallas, TX  75312-5053


EH Publishing, Inc.
111 Speen St. Ste 200
P.O. Box 989
Framingham, ME  01701


Eric Solomon
Liberty Receivables Group
323 Andorra Glen Court
Lafayette Hill, PA  19444


Essex Industries
P.O. Box 491
Owings Mills, MD  21117


Faircount, LLC
701 N. Westshore Blvd
Tampla, FL  33609

```
FedEral Express
P.O. Box 660481
Dallas, TX  75266-0481


Federal Express Freight
4103 Collections Center Drve
Chicago, IL  60693


Federal Publishing
3590 S. State Road 7 #28
Reference Division
Miramar, FL  33023


Flat Iron Capital
Dept. 2195
Denver, CO  80271-2195


Floyd County Tax Office
P.O. Box 26
Rome, GA  30162-0026


Floyd County-Finance Department
P.O. Box 946
Rome, GA  30162-0946


Floyd Primary Care
P.O. Box 1882
Rome, GA  30162-1882


Foamex
P.O. Box 100324
Atlanta, GA  30384-0324
```

Funeral Business Advisor
13511 Skywatch Land
#202
Louisville, KY  40245


G. Niel
P.O. Box 451179
Sunrise, FL  33345-1179


Garner And Glover Co.
135 East Eighth Ave.
P.O. Box 31
Rome, GA  30162


Georgia Department Of Revenue
Rome Regional Office
1401 Dean Street Ste E
Rome, GA  30161-6494


Georgia Department Of Revenue
Bankruptcy Insolvency Unit
P.O. Box 3889
Atlanta, GA  30334


Georgia Natural Gas
PO Box 105445
Atlanta, GA  30348-5445


Georgia Piping & Fire Protection
21 Barry Dr. NE
White, GA  30184


Georgia Power
96 Annex
Atlanta, GA  30396-0001

Global Contact, Inc.
16 West Main St.
Marlton, NJ  08053


Greater Rome Chambers Of Commerce
1 Riverside Parkway
Rome, GA  30161-2920


Green Lodging News
20513 Brookstone Trail
Middleburg, OH  44130


Hotel F & B
5465 N. Sheridan Rd.
Chicago, IL  60640


Industrial Equipment Locator & Sales
2707 US Hwy 411 SE
P.O. Box 478
Fairmont, GA  30139


Interface Fabrics Group
P.O. Box 930607
Atlanta, GA  31193-0607


Interior Innovations
3827 Phelan Blvd
PMB 164
Bearumont, TX  77707


Internal Revenue Service
Insolvency Unit
401 West Peachtree St., Stop 335-D
Atlanta, GA  30308

IRS
PO Box 105273
Atlanta, GA   30348-5273


J & M Hardwoods
1104 Redwine Cove
Dalton, GA   30720


J&J Plywoods
208 Carbondale Rd.
Dalton, GA   30721


J&J Safety
P.O. Box 964
Shannon, GA   30172-0964


J. Supply Company
88 Addington Dr.
Rome, GA   30165


Jemison Dempsey Metals
P.O. Box 2153
Dept. 3137
Birmingham, AL   35287-3137


John Chastain
C/O Danowitz & Associates
300 Galleria Parkway, Ste. 960
Atlanta, GA   30339


Johnston Textiles
P.O. Box 535110
Atlanta, GA   30353-5110

Johnston Textiles, Inc.
300 General Colin Pkwy
Phoenix City, AL  36869


Lanetex
P.O. Box 5029
High Point, NC  27262


Leisure Time Marketing
18242 Enterprise Lane
Huntington Beach, CA  92648


Logistick, Inc.
19880 State Line Rd.
South Bend, IN  46637


London  Church Furniture
P.O. Box 281
London, KY  40741


Mack Stephens & Associates
P.O. Box 9742
Chattanooga, TN  37412


Magic Steel
4242 Clay Ave. SW
Grand Rapids, MI  49548-3020


Manufacturers' News, Inc.
1633 Central St.
Evanston, IL  60201


Marlin Financial & Leasing
6009 Ridgeview Circle
P O Box 1333
Hixson, TX  37343

Marlin Leasing
P.O. Box 1333
Hixson, TN  37343


Matandy Steel & Metal Products, LLC
P.O. Box 1206
Hamilton, OH  45012-1206


Mayer-Paetz Fabrics, Inc.
P.O. Box 1812
Indianapolis, IN  46206-1812


McGowan & Jones Pharmacy
363 Burlington Rd.
Shannon, GA  30172


McGraw-Hill Construction
7625 Collection Center Dr.
Chicago, IL  60693-0076


Media Brains
P.O. Box 863467
Orlando, FL  32886-3467


Midland National Life Insurance
One Midland Olaza
Sioux Falls, SD  57193


Modern Senior Living Magazine
P.O. Box 510
4140 Southside Dr.
Acworth, GA  30101


Monarch Steel Of Alabama, Inc.
P.O. Box 200461
Pittsburg, PA  15251-0461

Multiview
P.O. Box 678540
Dallas, TX  75267-8540


NAD, Church Resource Center
12501 Old Columbia Pike
Silver Spring, MD  20904


NFDA
13625 Bishop's Drive
Bookfield, WI  53005-6607


Nomis Publications, Inc.
P.O. Box 5159
Youngstown, OH  44514-0159


Old Dominion Freight Line
P.O. Box 198475
Atlanta, GA  30384-8475


PacOcean Forwarding
388 Market Street
Suite 1500
San Francisco, CA  94111


Penton Media, Inc.
24652 Network Place
Chicago, IL  60673-1246


Plasticraft Manufacturing
115 Plasticraft Drive
Albertville, AL  35951


Power Trade Media
P.O. Box  10717
Phoenix, AZ  85064-0717

Quality Plywood, Inc.
P.O. Box 187
160 Marshall Durbin Drive
Waynesboro, MS  39367


Quench
P.O. Box 13604
Philadelphia, PA  19101


Qwest
Business Services
P.O. Box 856169
Louisville, KY  40285


R & D Weaving
376 Pinehurst Rd.
Ellenboro, NC  28040


R & M Trucking
96 Burlington Road
Rome, GA  30161


Ragan Communications
P.O. Box 5980
Carol Stream, IL  60197


RBS Worldpay
P.O. Box 566128
Atlanta, GA  31156-6128


Redmond Family Care
P.O. Box 406746
Atlanta, GA  30384

Regions Bank
C/O Cyndi Westmoreland
404 Turner McCall Blvd.
Rome, GA  30165


Resort And Recreation
P.O. Box 378
Caledonia, MI  49316


Restaurant Forum
8283 N. Hayden Rd.
Ste 220
Scottsdale, AZ  85258


Ridgewood USA
2501 Chicago St.
Suite 2
Valparaiso, IN  46383


Rome Florist
503 W. 12th St.
Rome, GA  30165


Rome Floyd Parks Recreation
300 West 3rd St.
Rome, GA  30165


Rome Paper Company
P. O. Box 309
Rome, GA  30162-0309


Rome Tool & Die Company
Dept. # 1502
P.O. Box 11407
Birmingham, AL  35246-1197

Russell Fire & Safety, LLC
P.O. Box 432
Rome, GA  30162


Ruth Sammons
250 Skaggs Lane
Talking Rock, GA  30175


Ruth Sammons
250 Skaggs Lane
Talking Rock, GA  30175


Safety Software
801 W. Main St.
Ste 100
Charlottesville, VA  22903


Safety-Kleen Systems, Inc.
P.O.Box 650509
Dallas, TX  75265-0509


Safeway Industrial Services, LLC
P.O. Box 5435
Glencoe, AL  35905


Sherwin Williams
765 North Ave.
Atlanta, GA  30306-4390


Shorter Heights Florist Inc.
P.O. Box 626
Rome, GA  30162-0626


Smith Companies Trading, LLC
P.O. Box 479
Pelham, AL  35124

Southeastern Freight Lines Inc.
P.O. Box 1691
Columbia, SC  29202


Southeastern Paper Group
P.O. Box 890673
Charlotte, NC  28289-0673


Southern Baptists Of Texas Convention
P.O. Box 1988
Grapeville, TX  76099-1988


Southern Hospitality Magazine, LLC
8275 Hunters Ridge Trail
Tallahassee, FL  32312


Steel Slides, Inc.
170 Marble Rd.
Statesville, NC  28625


Steve Rowland
Rowland & Associates Inc
747 Hillcrest Drive
Greenwood, IN  46142


Strang Communications
P.O. Box 951420
Lake Mary, FL  32795-1420


Suburban Propane
P.O. Box 74067
Richmond, VA  23236


Tahoe LLC
P.O. Box 16253
Greenville, SC  29606

Tammy L Harper
7007 New Calhoun Hwy NE
Rome, GA   30161


The Alabama Baptist, Inc.
Dept. 1040
P.O. Box 2153
Birmingham, AL   35287


The Church Report
14343 N. Frank Lloyd Wright Blvd.
# 1007
Scottsdale, AZ   85260


The JCA Company
P.O. Box 770
Greer, SC   29652


The McNeill Group, LLC
385 Oxford Valley Road
Suite 420
Yardley, PA   19067-7723


Tri-Media
6152 Overton Ridge Blvd.
Fort Worth, TX   76132


Trumpeter Communications
20969 Cerosa Terrace
Boca Raton, FL   33433


Tubular Products Company
P.O. Box 170100
Birmingham, AL   35217

United Industrial Supplies
P.O. Box 463
Southhampton, PA  18966


UPS Canada Ltd.
P.O. Box 2127 CRO
Halifax, NS  B3J 3B7


UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL  60673-1280


Valor Media Concepts, Inc.
P.O. Box 36577
Birmingham, AL  35236


Vast Industrial Supply
Caller Service 7570
Tucker, GA  30085


Verizon
P.O. Box 660108
Dallas, TX  75266-0108


Virgo Publishing
P.O. Box 40079
Phoeniz, AZ  85067-0079


Vitracoat
52817 Marina Drive
Elkhart, IN  46514


Whittington, Jones & Rudert
P.O. Box 1264
Rome, GA  30162-1264

Wilson Control Services
639 Craigtown Rd. NE
Calhoun, GA   30701-8803


Wood Finisher's Supply
P.O. Box 699
El Reno, OK   73036


Woodmaster Supply
221 B. South Piedmont
Rockmart, GA   30153


Wyoming Weavers
P.O. Box 1589
Kingston, PA   18704


Yellow Book
P.O. Box 660062
Dallas, TX   75266-0062


Yellow Book West
P.O. Box 660052
Dallas, TX   75266-0052